# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Paul Isaac Bolanos Garcia,<br><br>Defendant. | Case No. 19CR3518-CAB<br><br>**ORDER GRANTING UNITED STATES' MOTION AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the Government, IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Information against Paul Isaac Bolanos Garcia without prejudice is GRANTED.

IT IS FURTHER ORDERED the bond for the defendant's release is hereby exonerated.

IT IS SO ORDERED.

DATED: 7/24/2020

_____
HON. CATHY ANN BENCIVENGO
U.S. DISTRICT JUDGE